# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN M. CARANCHINI,<br><br>                 Plaintiff,<br><br>     v.<br><br>MATTHEW CATE, et al.,<br><br>                 Defendants.<br>_____/ | CASE NO. 1:11-CV-01089-AWI-DLB PC<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY COURT ORDER<br><br>(DOC. 8)<br><br>RESPONSE DUE WITHIN EIGHTEEN DAYS |

Plaintiff Benjamin M. Caranchini ("Plaintiff") is formerly a California state prisoner. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. On July 5, 2011, the Court issued an order for Plaintiff to either consent or decline magistrate judge jurisdiction in this action. Doc 4. On August 23, 2011, the Court issued a second order regarding consent or decline. Doc. 8. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within eighteen (18) days from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in a recommendation of dismissal of this action.

IT IS SO ORDERED.

Dated:   October 13, 2011                     /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE

1